IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RICHARD SHELTON BOYD,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:18-CV-1326-L** |
| | § | |
| **DALLAS AREA RAPID TRANSIT (DART),** | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

On May 29, 2018, the court issued a Standard Order of Reference (Doc. 5) to United States Magistrate Judge Irma Carrillo Ramirez for pretrial management of this action. Dallas Area Rapid Transit ("DART" or "Defendant") filed Defendant's Motion to Dismiss (Doc. 92) on March 18, 2020, pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with court orders. On December 28, 2020, Magistrate Judge Ramirez filed her Findings, Conclusions, and Recommendation (Doc. 107) ("Report"), recommending that the court dismiss with prejudice this action filed by Plaintiff Richard Shelton Boyd ("Plaintiff" or "Mr. Boyd") for failure to prosecute under Federal Rule of Civil Procedure 41(b) and, alternatively, for failure to comply with discovery under Federal Rule of Civil Procedure 37(b)(2)(A)(v). Mr. Boyd filed no objections to the Report, and the deadline to file has expired.

After careful review of the Report, record and applicable authority, the court **determines** that the findings and conclusions of the Magistrate Judge are correct, and they are accepted as those of the court. The record more than amply demonstrates that Mr. Boyd repeatedly failed to comply with a number of court orders and also failed to cooperate in discovery. There is a clear

record of contumacious conduct and delay on his part, and he has repeatedly refused to participate in discovery, despite several orders and warnings to do so. Given his contumacious conduct, willful disobedience of court orders, and refusal to conduct discovery, his conduct has unduly prejudiced DART, as it has been unable to conduct the necessary discovery in this case. Further, in light of Mr. Boyd's conduct, the court is convinced that lesser sanctions will not achieve compliance on his part.

For all of these reasons, the court **dismisses with prejudice** this action against Defendant. The court further **orders** Plaintiff to pay all allowable and reasonable costs of court. The court, as required by Federal Rule of Civil Procedure 58, will issue judgment by separate document.

**It is so ordered** this 30th day of January, 2021.

Sam A. Lindsay
United States District Judge